affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUDOLPH ZINSSER, Appellant, v. GERTRUDE B. ZINSSER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

J. WILLIAM DAWSON, Sole General Partner in the Limited Partnership of J. W. DAWSON & Co., Respondent, v. CHARLES WESLEY and Another, Copartners under the Firm Name of CHARLES WESLEY & Co., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

J. WILLIAM DAWSON, Sole General Partner in the Limited Partnership of J. W. DAWSON & Co., Respondent, v. CHARLES WESLEY and Another, Copartners under the Firm Name of CHARLES WESLEY & Co., Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

JOSEPH ZELENKO and Another, Copartners Doing Business under the Firm Name of ZELENKO & MOSKOWITZ, Appellants, v. MEYER NEUMANN, Doing Business under the Trade Name of MANHATTAN MAID DRESS Co., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

WARNER SUGAR REFINING COMPANY, Appellant, v. ANTHONY BUSCAGLIA and Another, Copartners, Doing Business under the Firm Name and Style of A. & C. BUSCAGLIA Co., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

SUFFOLK KNITTING MILLS, Appellant, v. J. HAVSY & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

SUFFOLK KNITTING MILLS, Appellant, v. J. HAVSY & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

SUFFOLK KNITTING MILLS, Appellant, v. J. HAVSY & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

WILLIAM H. DUVAL and Others, Copartners, Doing Business under the Firm Name and Style of W. H. DUVAL & Co., Appellants, v. BLOOM TEXTILE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

SOLOMON COHEN and Another, Appellants, v. 354 GRAND STREET REALTY Co., INC., Respondent.— Order affirmed, with ten dollars costs and dis-